No. 01–1465.   POPICK *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 01–1478.   SCOTT *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 01–1484.   JONES *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 01–1494.   WAKLEY *v.* OFFICE OF PERSONNEL MANAGEMENT.   C. A. Fed. Cir.   Certiorari denied.

No. 01–7071.   SOLIS-CARRERA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 01–7203.   ZABIAN ARIAS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 01–7304.   DEBERRY *v.* UNITED STATES; and
No. 01–7435.   JONES *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 01–7538.   HAMPTON *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 01–7606.   MADER *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 01–7663.   ODOM *v.* UNITED STATES; and
No. 01–7799.   BOONE *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 01–7939.   WEAVER *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 01–8252.   PERK *v.* COMMODITY FUTURES TRADING COMMISSION.   C. A. 2d Cir.   Certiorari denied.

No. 01–8269.   FLORES-MARTINEZ, AKA MADRID-FLORES, AKA FLORES MADRID *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 01–8313.   JOHNSON *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.